1  DAVID R. SINGH (Bar No. 300840)
2  david.singh@weil.com
   WEIL, GOTSHAL & MANGES LLP
3  201 Redwood Shores Parkway, 4th Floor
4  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  Attorneys for Defendants GOODRX, INC.
7  and GOODRX HOLDINGS, INC.

8  Jeffrey A. Koncius (Bar No. 189803)
9  koncius@kiesel.law
   KIESEL LAW LLP
10 8648 Wilshire Boulevard
11 Beverly Hills, CA 90211-2910
   Telephone: (310) 854-4444
12 Facsimile: (310) 854-0812

13 Attorneys for Plaintiff PRNRX
14 PROFESSIONAL PHARMACY INC.

15 (Additional Counsel Listed on Signature Page)

16
                    UNITED STATES DISTRICT COURT
17                  CENTRAL DISTRICT OF CALIFORNIA
18                         WESTERN DIVISION

| | |
|---|---|
| PRNRX PROFESSIONAL PHARMACY INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORP.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:25-CV-01918-MCS-AGR<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Courtroom 7C<br>Honorable Mark C. Scarsi |

1  IT IS HEREBY STIPULATED and AGREED by and among Prnrx Professional Pharmacy Inc. ("**Plaintiff**") and GoodRx, Inc., GoodRx Holdings, Inc., CVS Caremark Corp., Express Scripts, Inc., MedImpact Healthcare Systems, Inc., and Navitus Health Solutions, LLC (together, "**Defendants**" and, with Plaintiff, the "**Parties**"), by and through their attorneys undersigned, pursuant to Federal Rule of Civil Procedure 6(b), that:

**RECITALS**

WHEREAS, Plaintiff filed the *Class Action Complaint* [ECF No. 1] (the "**Complaint**") in the above-captioned action (the "**Action**") on March 5, 2025;

WHEREAS, eighteen other complaints involving substantially similar defendants, making substantially similar allegations, and asserting substantially similar causes of action (the "**Related Actions**") have been filed in five federal district courts, including the United States District Court for the District of Rhode Island, the United States District Court for the Eastern District of New York, the United States District Court for the District of Connecticut, the United States District Court for the Western District of Wisconsin, and this Court;

WHEREAS, on January 16, 2025, plaintiff Grey Dog IV d/b/a Ethos Wellness/Pharmacy filed a Motion to Transfer and Centralize Related Actions for Consolidated or Coordinated Pretrial Proceedings (the "**Second Motion to Transfer**") with the United States Judicial Panel on Multidistrict Litigation (the "**JPML**"), requesting that the JPML transfer the Related Actions to the United States District Court for the District of Rhode Island for consolidated or coordinated pretrial proceedings;

WHEREAS, the Second Motion to Transfer is now pending in MDL No. 3148 and a hearing on the Second Motion to Transfer will occur on March 27, 2025;

WHEREAS, the Parties agree that Defendants' time to answer, move, or otherwise respond in the Action should—in order to conserve the Court's and the Parties' resources and promote the just, efficient, and fair resolution of the Action—be extended until after venue in the Related Actions has been resolved.

JOINT STIPULATION EXTENDING TIME TO RESPOND                CASE NO. 2:25-CV-01918-MCS-AGR

NOW, THEREFORE, based upon the foregoing recitals, which are incorporated as though fully set forth herein, IT IS HEREBY STIPULATED and AGREED and, upon Court approval, it shall be ordered, as follows:

1. Defendants' time to answer, move, or otherwise respond in the Action is extended until forty-five (45) days after the date upon which the JPML rules upon the Second Motion to Transfer (the "**Extension Period**").

2. During the Extension Period, none of the Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36.

3. If Defendants answer, move, or otherwise plead with respect to a complaint in a Related Action pending in any district, Defendants will concurrently answer, move, or otherwise plead with respect to the Complaint in the Action.

4. This stipulation and proposed order does not constitute a waiver of any of the Parties' claims, rights, arguments, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiff in any of the Related Actions.

Dated: March 18, 2025

Respectfully submitted,

KIESEL LAW LLP

By  /s/ Jeffrey A. Koncius
      JEFFREY A. KONCIUS

Jeffrey A. Koncius (Bar No. 189803)
Lisa Freeman (Bar No. 258549)
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
koncius@kiesel.law
freeman@kiesel.law

| | |
|---|---|
| 1 | |
| 2 | Blaine Finley |
| | FINLEY PLLC |
| 3 | 1455 Pennsylvania Avenue, NW, Suite 400 |
| | Washington, D.C. 20004 |
| 4 | Telephone: (281) 723-7904 |
| | bfinley@finley-pllc.com |
| 5 | |
| 6 | Attorneys for Plaintiff PRNRX |
| | PROFESSIONAL PHARMACY INC. and |
| 7 | the Proposed Class |

Dated: March 18, 2025

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: */s/ David R. Singh*
      DAVID R. SINGH

David R. Singh (Bar No. 300840)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
david.singh@weil.com

David J. Lender (*pro hac vice* forthcoming)
Jennifer Brooks Crozier (*pro hac vice* forthcoming)
Alexandra Rose (*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
jennifer.crozier@weil.com
alexandra.rose@weil.com

Attorneys for Defendants GOODRX, INC. and GOODRX HOLDINGS, INC.

By:   /s/ *Kimberly O. Branscome*
      KIMBERLY O. BRANSCOME

Kimberly O. Branscome (Bar No. 255480)
Jonathan S. Tam (Bar No. 304143)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone: (310) 982-4350
Facsimile: (310) 982-1770
kbranscome@paulweiss.com
jtam@paulweiss.com

Robert A. Atkins (*pro hac vice* forthcoming)
Jacqueline P. Rubin (*pro hac vice* forthcoming)
Natalie M. Pita (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ratkins@paulweiss.com
jrubin@paulweiss.com
npita@paulweiss.com

Attorneys for Defendant CVS CAREMARK CORP.

|   |   |
|---|---|
| 1 | By: */s/ Mike Bonanno* |
| 2 | MIKE BONANNO |
| 3 | Anthony P. Alden (Bar No. 232220) |
| 4 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 5 | 865 South Figueroa Street, 10th Floor |
| 6 | Los Angeles, California 90017-2543 |
|   | Telephone: (213) 443-3000 |
| 7 | Facsimile: (213) 443-3100 |
| 8 | anthonyalden@quinnemanuel.com |
| 9 | Mike Bonanno (*pro hac vice* forthcoming) |
| 10 | Meghan McCaffrey (*pro hac vice* forthcoming) |
| 11 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 12 | 1300 I Street NW, Suite 900 |
| 13 | Washington, D.C. 20005 |
| 14 | Telephone: (202) 538-8000 |
|   | Facsimile: (202) 538-8100 |
| 15 | mikebonanno@quinnemanuel.com |
| 16 | meghanmccaffrey@quinnemanuel.com |
| 17 | Attorneys for Defendant EXPRESS |
| 18 | SCRIPTS, INC. |
| 19 |   |
| 20 | By: */s/ Michelle S. Lowery* |
|   | MICHELLE S. LOWERY |
| 21 |   |
| 22 | Michelle S. Lowery (*pro hac vice* forthcoming) |
| 23 | MCDERMOTT WILL & EMERY LLP |
| 24 | 2049 Century Park East, Suite 3200 |
| 25 | Los Angeles, California 90067-3206 |
|   | Telephone: (310) 277-4110 |
| 26 | Facsimile: (310) 277-4730 |
| 27 | mslowery@mwe.com |
| 28 |   |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Richard Salgado (*pro hac vice* forthcoming)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 295-1664
Facsimile: (972) 232-3098
richard.salgado@mwe.com

Attorneys for Defendant MEDIMPACT HEALTHCARE SYSTEMS, INC.


By: */s/ Robert J. Herrington*
         ROBERT J. HERRINGTON

Robert J. Herrington (Bar No. 234417)
GREENBERG TRAURIG LLP
robert.herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

James Peacock (*pro hac vice* forthcoming)
James.Peacock@gtlaw.com
2200 Ross Avenue Suite 5200
Dallas TX 75201
Telephone: (214) 665-3600

Attorneys for Defendant NAVITUS HEALTH SOLUTIONS, LLC

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), David R. Singh hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*